Edward Berkson, Administrator of Estate of Marvin W. Berkson, Deceased, Appellant, v. Fremont A. Chandler, Appellee.

Gen. No. 46,508. <span style="color:white"></span>

First District, First Division.

April 18, 1955.

Rehearing denied May 18, 1955.

Released for publication May 23, 1955.

Andalman & Andalman, and Lester E. Williams, for appellant; Sidney D. Missner, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; Charles M. Rush, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.